1
2
3
4
5
6
7

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9
10

MICHAEL WILLIAMS,                                No. C 04-0520 JCS (JL)

11
                    Plaintiff,
12
                                                 FURTHER
        v.                                       SETTLEMENT CONFERENCE AND
13                                               SETTLEMENT CONFERENCE ORDER

CITY OF OAKLAND, ET AL.,
14
                    Defendants.
15    _____/

16
                TO ALL PARTIES AND COUNSEL OF RECORD:

17
        PLEASE TAKE NOTICE that a further settlement conference has been scheduled for
18
**Wednesday, September 14, 2005 at 2:00 p.m.,** in Judge Larson's chambers, located at the
19
Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.
20
        **At least seven (7) calendar days before the Settlement conference the parties**
21
**shall deliver directly to the magistrate judge** *two copies* **of a updated Confidential**
22
**Settlement Conference Statement which should be lodged with chambers and**
23
**should not be filed with the Clerk of the Court or served upon other parties.**
24
                The parties shall notify Magistrate Judge Larson's chambers immediately if this
25
case settles prior to the date set for settlement conference.
26
27
28

SETTLEMENT CONFERENCE NOTICE                          1

DATED:   September 1, 2005

_____
JAMES LARSON
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California