**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>      Plaintiff(s),<br><br>  v.<br><br>CITY OF OAKLAND, ET AL.,<br><br>      Defendant(s).<br>_____/ | No. C 04-00520 JCS<br><br>**ORDER TO SHOW CAUSE** |

On December 8, 2004, the Court issued a Case Management and Pretrial Order (Non-Jury) (the "Pretrial Order") requiring that the parties prepare and file various pretrial documents not less than twenty (20) days from the Final Pretrial Conference. The Final Pretrial Conference is set for **October 28, 2005, at 1:30 p.m.** The parties have failed to file any documents as stated in the Pretrial Order.

Accordingly, IT IS HEREBY ORDERED that on or before **October 28, 2005, at 1:30 p.m.**, Plaintiff shall show cause why this action should not be dismissed for Plaintiff's failure to prosecute, and comply with the Court's Order.

IT IS SO ORDERED.

Dated: October 14, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge