UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WILLIAMS,

        Plaintiff(s),

   v.

CITY OF OAKLAND, ET AL,

        Defendant(s).
_____/

No. C 04-00520 JCS

**ORDER TO SHOW CAUSE**

On December 8, 2004, the Court issued a Case Management and Pretrial Order (Non-Jury) (the "December 8, 2004 Order"), which was later amended by a Further Case Management Conference and Pretrial Order filed on November 1, 2005 (the " November 1, 2005 Order"). The November 1, 2005 Order stated that the Final Pretrial Conference had been continued to March 3, 2006, at 1:30 p.m., and all pretrial filings shall be calculated from the new trial date of March 13, 2006.

IT IS HEREBY ORDERED that Plaintiff appear on **March 3, 2006, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to comply with the Court's Pretrial Orders.

IT IS SO ORDERED.

Dated: February 14, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge