Frank M. Ennix (SBN 40459)
ATTORNEY AT LAW
576 10th Street
Oakland, California 94607
(510) 654-5525 Telephone#
(510) 654-1178 - Fax

Attorney for Plaintiff
Michael Williams

RECEIVED
06 MAR 17 PM 1:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WILLIAMS

　　　　Plaintiff,

v.

CITY OF OAKLAND, et al.

　　　　Defendants

CASE NO.　C04-0520 JCS

STIPULATION FOR DISMISSAL

It is hereby stipulated by and between the parties that the above entitled matter may be dismissed, each side to bear its own costs.

DATED: 16 March 2006

_____
Frank M. Ennix, Attorney for Plaintiff

DATED: 16 March 2006

_____
Arlene M. Rosen, Attorney for Defendant

-1-　IT IS SO ORDERED

_____
Joseph C. Spero, Magistrate Judge
3/17/06
Date

**PROOF OF SERVICE**
(C.C.P. §§1011, 1013, 1013A, 2015.5)

I, the undersigned, declare that I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 576 10th Street, Oakland, California, 94607

I am familiar with my employer's business practice for collection and processing of correspondence and documents for mailing with the United States Postal Service, mailing via overnight delivery, transmission by facsimile machine, and delivery by hand.

On **March 16, 2006**, I served a copy of each of the documents listed below by placing said copies for processing as indicated herein.

**DOCUMENT(S):Plaintiff Michael Williams' Stipulation for Dismissal**

__x__ **U.S. MAIL:** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid and placed for collection and mailing at my place of business to be deposited with the U. S. Postal Service at Oakland, CA, on this same date in the ordinary course of business, as set forth below.

_____ **Overnight Delivery:** By placing a true copy thereof enclosed in a sealed, labeled packaging for overnight delivery with postage thereon fully prepaid and placed for collection and mailing at my place of business to be deposited in a facility regularly maintained by the overnight delivery carrier, or delivered to a courier or driver authorized by the overnight delivery carrier, on this same date in the ordinary course of business, as set forth below.

_____ **Facsimile Transmission:** By sending a copy via facsimile to the person(s) at the facsimile number(s) listed as set forth below. The transmission was reported as complete and without error, and a record of the transmission was properly issued by the transmitting facsimile machine.

_____ **Hand Delivery:** By having a true copy thereof personally delivered to the person(s) at the address(es), as set forth below.

**PERSONS OR PARTIES SERVED:**

**Arlene M. Rosen, Senior Deputy City Attorney**
**One Frank H. Ogawa Plaza, 6th Floor**
**Oakland, CA 94612**
**Phone 510-238-6392 / Fax 510-238-6500**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and was executed on **16** day of **March, 2006,** in the City of Oakland, California.

_____Kathleen January_____
Kathleen January

MICHAEL WILLIAM'S UPDATED STIPULATION FOR DISMISSAL